Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: City of Citrus Heights, Citrus Heights Police Department, Carl Bookamer, Thomas Lamb and Joseph Rangel

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEAL BOWNDS,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF CITRUS HEIGHTS; CITRUS HEIGHTS POLICE DEPARTMENT and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 2:14-cv-01007-JAM-CKD<br><br>**ORDER ON THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: October 15, 2014<br>TIME: 9:30 a.m.<br>CTRM: 6, Honorable John A. Mendez<br><br>COMPLAINT FILED: 06/27/2012<br>REMOVED        : 04/24/2014<br>TRIAL DATE     : 09/14/2015 |

The Defendants' Motion for Summary Judgment came on regularly for hearing on October 15, 2014. Following oral argument the Court Orders as follows:

As to the first four claims in the Complaint based upon the Fourth Amendment, being unlawful search and seizure, false arrest, false imprisonment and the use of excessive force, the Motion for Summary Judgment is denied without prejudice.

The request of Plaintiff, NEAL BOWNDS, to be allowed to pursue discovery pursuant to Federal Rule of Civil Procedure 56(d) is granted. Discovery cut-off date is April 17, 2015.

_____

1    As to Count V, the claim for violation of civil rights, the
2 Motion for Summary Judgment is granted.

3    As to Count VI, the conspiracy claim, based upon 42 U.S.C.A.
4 §1985 and State law, the Motion for Summary Judgment is granted.

5    The request of Plaintiff, NEAL BOWNDS, for leave to amend the
6 Complaint is denied at this time.

7    As to Count VII, the "Monell" claim, the Motion for Summary
8 Judgment is granted.

9    As to Count VIII, the Unruh Act claim, Plaintiff, NEAL BOWNDS,
10 has requested and agreed that this claim cannot be maintained and
11 Summary Judgment is granted.

12    As to Counts IX, X and XI, for assault and battery, intentional
13 infliction of emotional distress and defamation, the Court grants
14 Summary Judgment on these three claims for Plaintiff's failure to
15 satisfy the Government Tort Claims Act.

16    As to the claim for punitive damages the Motion for Summary
17 Judgment is denied without prejudice.

18    SO ORDERED.

19 Dated:  10/29/2014            /s/ John A. Mendez_____
                                 THE HONORABLE JOHN A. MENDEZ
20                               JUDGE OF THE FEDERAL DISTRICT
21                               COURT – EASTERN DISTRICT

22 APPROVED AS TO FORM AND CONTENT:

23 Dated:  October 28, 2014      **THE LAW OFFICES OF EDWARD MISLEH, INC.**

24                                  /s/Michael Lusk

25                              By: _____
                                    MICHAEL LUSK, ESQ.
26                                  Attorney for Plaintiff,
                                    NEAL BOWNDS
27

28 (CCH1202)P101714.ordermsj

---