Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: City of Citrus Heights, Citrus Heights Police Department, Carl Bookamer, Thomas Lamb and Joseph Rangel

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEAL BOWNDS, | Case No. 2:14-cv-01007-JAM-CKD |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| vs. | |
| CITY OF CITRUS HEIGHTS; CITRUS HEIGHTS POLICE DEPARTMENT and DOES 1 through 50, inclusive, | COMPLAINT FILED: 06/27/2012<br>REMOVED       : 04/24/2014<br>TRIAL DATE    : 09/14/2015 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 12, 2015            **THE LAW OFFICE OF MICHAEL LUSK**

                                           /s/Michael Lusk
                                   By: _____
                                       MICHAEL LUSK, ESQ.
                                       Attorney for Plaintiff,
                                       NEAL BOWNDS

---

-1-

STIPULATION OF DISMISSAL

1 | Dated: January 26, 2015          **TONON & ASSOCIATES**

                                           /s/Gayle K. Tonon
                                   By: _____
                                       GAYLE K. TONON, ESQ.
                                       Attorney for Defendants,
                                       CARL BOOKAMER, THOMAS LAMB
                                       AND JOSEPH RANGEL


IT IS SO ORDERED.

DATED: 1/26/2015                   /s/ John A. Mendez_____
                                   HONORABLE JOHN A. MENDEZ
                                   JUDGE OF THE EASTERN DISTRICT
                                   COURT

(CCH1202)P122914.StipDismissalOrder

---

-2-

STIPULATION OF DISMISSAL